# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE COLLEGE DEMOCRATS AT THE UNIVERSITY OF MICHIGAN; THE COLLEGE DEMOCRATS AT MICHIGAN STATE UNIVERSITY; THE COLLEGE DEMOCRATS AT NORTHERN MICHIGAN UNIVERSITY; and THE MICHIGAN FEDERATION OF COLLEGE DEMOCRATS,<br><br>            Plaintiffs,<br><br>   v.<br><br>JOCELYN BENSON, in her official capacity as the Michigan Secretary of State; and SALLY WILLIAMS, in her official capacity as the Director of the Michigan Bureau of Elections,<br><br>            Defendants. | Case No.: 3:18-cv-12722-RHC-SDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Honorable Robert H. Cleland |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, THE COLLEGE DEMOCRATS AT THE UNIVERSITY OF MICHIGAN, THE COLLEGE DEMOCRATS AT MICHIGAN STATE UNIVERSITY, THE COLLEGE DEMOCRATS AT NORTHERN MICHIGAN UNIVERSITY, and THE MICHIGAN FEDERATION OF COLLEGE DEMOCRATS, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated this 5th day of June, 2019.

    Respectfully submitted,

    /s/ *Brian S. Marshall*
    Marc E. Elias*
    Brian Simmonds Marshall*
    Hayley Berlin (P75871)
    Jacki L. Anderson*
    PERKINS COIE LLP
    700 Thirteenth St., N.W., Suite 600
    Washington, D.C. 20005-3960
    Telephone: (202) 654-6200
    Michigan Telephone: (734) 678-2151
    Facsimile: (202) 654-9959
    melias@perkinscoie.com
    bmarshall@perkinscoie.com
    hberlin@perkinscoie.com
    jackianderson@perkinscoie.com

    *Counsel for the Plaintiffs*

    *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5th, 2019, I electronically filed the foregoing on behalf of the Plaintiffs with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ *Brian S. Marshall*